Betty L. TEAGUE, Appellant,

v.

TRANSAMERICA ASSURANCE
COMPANY, Appellee.

No. 00–3570.

United States Court of Appeals,
Eighth Circuit.

Submitted April 3, 2001.

Decided April 6, 2001.

Before BOWMAN, BEAM, and
LOKEN, Circuit Judges.

PER CURIAM.

Betty Teague appeals from the district court's[1] adverse grant of summary judgment in her action to recover increased life insurance benefits following the death of her spouse. As she did below, Teague argues a less deferential standard of review of the plan administrator's decision is appropriate in this case due to procedural irregularities in Transamerica's appeals process. *See Sahulka v. Lucent Technologies, Inc.,* 206 F.3d 763, 767 (8th Cir.2000). However, we would affirm the district

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

court under any standard of review because the plan in question clearly stated that "a spouse who is disabled is not eligible" for new coverage, and Teague has never disputed that her spouse was disabled when she applied for the increased coverage at issue.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

